Junior THELEMARQUE, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 225, 2015

Supreme Court of Delaware.

Submitted: December 2, 2015
Decided: February 11, 2016

AFFIRMED.